STATE *ex rel.* WALTER ZYSK v. C. J. WOODRUFF, as Chief of Police of the City of Tampa, a Municipality, Etc.

2 So. (2nd) 578
En Banc
Opinion Filed May 27, 1941

*Bryan & Bryan,* for Petitioner;

*Alonzo B. McMullen, Ralph A. Marsicano* and *M. Henry Cohen,* for Respondent.

TERRELL, J.—The records and the briefs in this case have been examined and the questions raised found to be identical with those raised in State *ex rel* William Hough v. C. J. Woodruff, decided this date, so the petitioner is discharged on authority of last cited case.

WHITFIELD, BUFORD and CHAPMAN, J. J., concur.

BROWN, C. J., and THOMAS, J., dissents.

THOMAS, J. (dissenting).—I am unable to agree with the opinion of a majority of the Court because I feel that there is no basis in the record for a writ of habeas corpus.

BROWN, C. J., concurs.